O

# United States District Court
# Central District of California

| | |
|---|---|
| CARMEN ROA, on behalf of herself, and all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>TS STAFFING SERVICES, INC.; T.S. EMPLOYMENT, INC.; and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 2:14-cv-08424-ODW (MRW)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM LOCAL RULE 23-3 [20]** |

Pending before the Court is Plaintiff Carmen Roa's *Ex Parte* Application for Relief from Local Rule 23-3. (ECF No. 20.) Finding that good cause exists for an extension of the class certification deadline, the Court hereby **GRANTS** Plaintiffs *Ex Parte* Application and continues the class certification filing deadline for ninety days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The filing deadline for Roa's Motion for Class Certification is now **April 28, 2015**.

**IT IS SO ORDERED.**

January 20, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**